

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00806-CV

**IN THE INTEREST OF A.M.M.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02711
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 6, 2020.

_____
Liza A. Rodriguez, Justice